James Lowther (Full Name)
businessjel@hotmail.com (Email Address)
102 Ridge Valley Apt. 310 (Address Line 1)
Irvine, CA 92618 (Address Line 2)
(424) 394-2998 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NO CV

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

James Lowther,
PLAINTIFF,

vs.

Reyes Coca-Cola Bottling, LLC

DEFENDANT(S).

Case No.: 8:22-cv-00220-JLS-ADSx
(To be supplied by the Clerk)

**COMPLAINT FOR:**
Defamation, Employment Loss, Emotional & Mental Distress, Slander, Libel

**Jury Trial Demanded:** ☑ Yes  ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under 28 US Code §4101

## II. VENUE

2. Venue is proper pursuant to Central District of California in the County of Orange and in the City of Santa Ana because all events giving rise to plaintiff's claims occurred in Orange County.

## III. PARTIES

3. Plaintiff's name is James Lowther. Plaintiff resides at: 102 Ridge Valley Apt. 310 Irvine, CA 92618

4. Defendant Alexandria Brinson Reyes Coca-Cola Bottling, Inc. 3 Park Plaza/6 Executive Circle/Suite 600 Irvine, CA 92614

5. Defendant

2

*Page Number*

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

3
*Page Number*

## IV. STATEMENT OF FACTS

___. Alexandria Brinson, a Reyes-Coca Cola employee made false accusations against the plaintiff which were defamatory that resulted in causing actual harm and losing the plaintiff's employment livelihood, such as the plaintiff's job being terminated from unfairly. The Coca-Cola employee made a defamatory statements orally by speech and possibly in writing about the plaintiff knowing it were statements of defamation. That the

___. incident occurred on 2/11/2020 that did not occur during working hours on the job but occurred after working hours away from the job. On 2/10/2020 Alexandria Brinson of Coca-Cola has visited the business building of where the plaintiff worked as a security professional. A. Brinson who was with her friend who she came to visit gave the plaintiff her business card with her personal phone number. The defendant mentioned to the plaintiff

___. to visit the Coca-Cola company nearby to receive free promotional drinks. On 2/11/2020 the plaintiff visited the Coca-Cola building for the interest of the promotional drinks as Alexandria Brinson was informed that the defendant was not at work. The plaintiff left his phone number to the receptionist for the defendant to call later to schedule a day and time to meet for the promotional drink offer. Later that day Alexandria Brinson had contacted the plaintiff

4
Page Number

_Insert ¶ #_: by telephone during the evening hour after working hours of the plaintiff. The defendant spoke on the phone to solicit the plaintiff for $500 for her to offer prostitution services. The plaintiff rejected her offer as the defendant became enraged and hung up the phone. On 2/12/2020 the defendant made defamatory statements and acted negligently when the defendant had spoken or written a statement to the plaintiff's client of his employer which was 5th Bank during the plaintiff

_Insert ¶ #_: working hours in Irvine, CA which defamed the plaintiff's professional work reputation which caused the plaintiff to lose his job employment. On 2/13/2020 the Irvine Police contacted and communicated by phone with the plaintiff that Alexandria Brinson of Coca-Cola had called their office to make a complaint which seemed not credible when police asked her why she felt uncomfortable and not at ease as she had claimed from the start of the initial greeting before giving her business card to the plaintiff. The police did not

_Insert ¶ #_: take the plaintiff's complaint seriously. On 2/14/2020 the defamed information given by the defendant was passed on which led to the plaintiff being wrongfully terminated from his job employment as 5th Bank the employer's client did contacted G4S which was the plaintiff's employer as such defamed information from the defendant was informed to the plaintiff will be the last working day at the bank. The plaintiff had been fired for reasons of harassment, slander, libel, and defamation.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(Defendant Gave Business Card to Plaintiff At Work)
*insert title of cause of action*

(As against Defendant(s): Alexandria Brinson

____. The defendant greeted the plaintiff while being comfortable and at ease at plaintiff's work location as she waiting in the building's lobby for friend. The defendant gave her business card to the plaintiff. The defendant never informed the Irvine Police that

____. A business card with the defendant's personal number on the card was given to the plaintiff who asked the plaintiff to call her and make a visit to Coca-Cola to meet her for free promotional Coca-Cola drinks.

____.

## SECOND CAUSE OF ACTION

(Defendant's call to plaintiff's home after working hours)
*insert title of cause of action*

(As against Defendant(s): Alexandria Brinson )

___. *Insert ¶ #* The defendant made call to plaintiff after working hours in which before the earlier part part of the day when plaintiff has visited Coca-Cola for free promotional drinks as the defendant was unavailable at work. The defendant's motive was to give out her

___. *Insert ¶ #* personal information available on the business card to later solicit and schedule prostitution service on Valentine's Day after working hours. The defendant became very upset when the defendant's offer was rejected by the plaintiff being contacted in the privacy of his home after

___. *Insert ¶ #* working hours. The defendant called and disturbed the privacy of the defendant to privately call the plaintiff after working to solicit prostitution services.

7

*Page Number*

## THIRD CAUSE OF ACTION

(Defendant's Complaints to 5th Bank & Irvine Police)
*insert title of cause of action*

(As against Defendant(s): Alexandria Brinson )

___. The defendant did contact the plaintiff's place of work to verbally make false complaint to defame the plaintiff's employment reputation. The defendant did contact the Irvine Police to verbally make false complaint to defame the

___. plaintiff of an prank call being made to her. Irvine Police Department (Police Records Department) Police staff prepared police incident: Police Officer Blevins
Police incident No.: #200220 7881

___. Date police incident Report prepared: February 14, 2020

## FOURTH CAUSE OF ACTION

( Defamation )
*insert title of cause of action*

(As against Defendant(s): Alexandria Brinson )

___. The defendant with knowledge of its defamatory character orally, in writing, or by any other means, did communicate to give and pass on defamatory information to the third parties (5th Bank / Irvine Police / GAS) without the authorized consent of the plaintiff

___. to have caused defamation by the defendant to lose the plaintiff's employment loss of his livelihood with malice and intentional purposes on 2/14/2020.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. For a declaration that Defendant's defamatory actions are true and accurate as alleged are unlawful. For claim damages for emotional and mental distress, pain and suffering, and punitive damages.

___. For interest on damages including pre and post judgement interests and upward adjustment for economic inflation. Wherefore, Plaintiff is seeking a request for relief of $2,000,000 (two million US Dollars)

___. Which is factually based on employment job loss. The plaintiff is presently under medical care with Veteran Affairs medical staff to treat emotional and mental distress of the plaintiff as a victim

___. of employment defamation that resulted in the loss of his livelihood economically.

Dated: February 11, 2022

Sign: *James Lowther*

Print Name: James Lowther

Page Number: 10

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 2/11/2020

Sign: *James Lowther*

Print Name: James Lowther

4831-5981-9291, v. 1